

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00724-CR

James Wesley **ROORK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-09-11343-CR
Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 18, 2013.

_____
Rebeca C. Martinez, Justice